IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-00421-MSK-PAC

CLAIRE FITZGERALD,

    Plaintiff,

v.

ALBERTO GONZALES, ATTORNEY GENERAL OF THE UNITED STATES,

    Defendant.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
March 7, 2006

    Based upon Plaintiff's Response to Order to Show Cause, Doc. # 91, it is hereby

    **ORDERED** that the February 15, 2006 Order to Show Cause, Doc. # 85, is **discharged**.  It is further

    **ORDERED** that the aforesaid response to the Order to Show Cause is considered to be a motion to withdraw Plaintiff's Motion to Strike, and the motion to withdraw is **granted**.  It is further

    **ORDERED** that plaintiff's Motion to Strikie [sic] Defendant's Exhibits, Doc. # 70, is **denied** as moot.