IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00421-MSK-MEH

CLAIRE D. FITZGERALD,

      Plaintiff,

v.

ALBERTO R. GONZALES, Attorney General, U.S. Department of Justice (Federal Bureau of Prisons),

      Defendant.

**ORDER DENYING MOTION TO VACATE TRIAL DATE AND EXTEND TRIAL TIME**

THIS MATTER comes before the Court on the parties' Joint Motion to Vacate Trial Date and Extend Trial Time **(#99)**. The parties request a first position setting for a trial of 10 days in lieu of the trial currently set to commence on April 24, 2006. Having reviewed the motion, the record and the docket, the Court

**FINDS** and **CONCLUDES** that:

This matter was originally set for a 5-day jury trial to commence April 24, 2006. The final Pretrial Order also provided for a 5-day trial. Since issuance of the final Pretrial Order, rulings on dispositive motions have reduced the number of claims to be tried. As a consequence, at the final trial preparation conference held March 10, 2006, the Court advised the parties that the trial would not exceed 5 days. Nothing in the motion justifies the expansion of trial time to 10 days.

In addition, the disposition of other matters puts the trial in this matter in a first position setting. There is, therefore, no reason to continue the trial.

**IT IS THEREFORE ORDERED** that the Joint Motion to Vacate Trial Date and Extend

Trial Time **(#99)** is **DENIED**. The trial in this matter will commence on April 24, 2006 at 1:00 p.m.

Dated this 20th day of March, 2006

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge