IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00421-MSK-MEH

CLAIRE D. FITZGERALD,

    Plaintiff,

v.

ALBERTO R. GONZALES, Attorney General, U.S. Department of Justice (Federal Bureau of Prisons),

    Defendant.

## ORDER REGARDING COMPLIANCE WITH RULES

THIS MATTER comes before the Court on Plaintiff's Motion for Clarification Re: Front Pay Testimony **(#105)** filed on April 4, 2006. A review of the Motion indicates that Plaintiff has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

Dated this 6th day of April 2006.

                                                      **BY THE COURT:**

                                                      Marcia S. Krieger
                                                      United States District Judge