IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00421-MSK-MEH

CLAIRE D. FITZGERALD,

    Plaintiff,

v.

ALBERTO R. GONZALES, Attorney General, U.S. Department of Justice (Federal Bureau of Prisons),

    Defendant.

---

## ORDER GRANTING RENEWED AND UNOPPOSED MOTION
## FOR CLARIFICATION RE: FRONT PAY TESTIMONY

---

THIS MATTER comes before the Court on the Plaintiff's Renewed and Unopposed Motion for Clarification re: Front Pay Testimony **(#110)**. She asks the Court to clarify whether she should be prepared to present front pay testimony during the jury trial or during a post-trial hearing.

**IT IS ORDERED** that the motion **(#110)** is **GRANTED**. Front pay will be determined after the trial if the Plaintiff prevails. To the extent that evidence presented at trial is also pertinent to the front pay issue, the Court will refer to the trial transcripts.

Dated this 13th day of April, 2006

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*

                                        Marcia S. Krieger
                                        United States District Judge