IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00421-MSK-MEH

CLAIRE D. FITZGERALD,

    Plaintiff,

v.

ALBERTO R. GONZALES, Attorney General, U.S. Department of Justice (Federal Bureau of Prisons),

    Defendant.

## ORDER DIRECTING CLERK OF COURT TO CLOSE CASE

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal **(#118)** filed pursuant to Fed. R. Civ. P. 41(a).  Based thereon,

**IT IS ORDERED** that the Clerk of Court is directed to close this case.

Dated this 21st day of April, 2006

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge